[No. 2307-1.    Division One.    November 4, 1974.]

HARTFORD INSURANCE COMPANY, *Respondent*, v. PATRICK GREGORY et al., *Appellants*.

Appeal from a judgment of the Superior Court for King

County, No. 738422, Janice Niemi, J., entered April 17, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Callow, J.